**Opinion issued July 3, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00979-CV

————————————

**DIANA G. OFFORD, Appellant**

**V.**

**WEST HOUSTON TREES, LTD., Appellee**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 10-DCV-185448**

---

## MEMORANDUM OPINION

Appellant, Diana G. Offord, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013),

101.0411 (West Supp. 2013); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 07-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.